01
02
03
04
05
06 UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
07 AT SEATTLE

08 UNITED STATES OF AMERICA,       )   CASE NO. MJ 07-43
                                   )
09       Plaintiff,                )
                                   )
10       v.                        )
                                   )   DETENTION ORDER
11 CARMEN MARIA WERMUTH,           )
                                   )
12       Defendant.                )
                                   )
13

14 <u>Offense charged</u>:   International Parental Kidnapping

15 <u>Date of Detention Hearing</u>:   February 21, 2007

16       The Court, having conducted a detention hearing pursuant to 18 U.S.C. § 3142(f), and

17 based upon the factual findings and statement of reasons for detention hereafter set forth, finds

18 that no condition or combination of conditions which defendant can meet will reasonably assure

19 the appearance of defendant as required and the safety of other persons and the community.

20       FINDINGS OF FACT AND STATEMENT OF REASONS FOR DETENTION

21       1.   Defendant is charged by complaint with removing her child from the United States

22 with the intent to obstruct the lawful parental rights of the child's father.

DETENTION ORDER                                                                          15.13
18 U.S.C. § 3142(i)                                                                  Rev. 1/91
PAGE 1

2. The AUSA proffers that defendant's parents may have provided material assistance to the defendant in the alleged offense. The child is currently residing with the father.

3. An appropriate residential placement has not yet been identified. The matter will be set to come on back before this court on March 2, 2007 to re-examine the possibility of a viable release plan that would address the risk of nonappearance and concerns about the removal of the child from the jurisdiction of this court.

4. The defendant poses a risk of nonappearance due to a history of failing to appear, active arrest warrants, recent international travel, and lack of a viable release option. She poses a risk of danger due to the nature of the instant offense.

5. There does not appear to be any condition or combination of conditions that will reasonably assure the defendant's appearance at future Court hearings while addressing the danger to other persons or the community.

It is therefore ORDERED:

(1) Defendant shall be detained pending trial and committed to the custody of the Attorney General for confinement in a correction facility separate, to the extent practicable, from persons awaiting or serving sentences or being held in custody pending appeal;

(2) Defendant shall be afforded reasonable opportunity for private consultation with counsel;

(3) On order of a court of the United States or on request of an attorney for the Government, the person in charge of the corrections facility in which defendant is confined shall deliver the defendant to a United States Marshal for the purpose of

01      an appearance in connection with a court proceeding; and

02  (4)  The clerk shall direct copies of this Order to counsel for the United States, to

03      counsel for the defendant, to the United States Marshal, and to the United States

04      Pretrial Services Officer.

05  DATED this 21st day of February, 2007.

            _____
            Mary Alice Theiler
            United States Magistrate Judge